# TELECOMMUNICATION STANDARD

## IMPLEMENTATION GUIDE
### VERSION D.Ø

*This document provides guidelines for implementing the NCPDP Telecommunication Standard Format to ensure a consistent implementation of the standard.*



**Approval Date for ANS: August 7, 2ØØ7**

August 2Ø1Ø

National Council for Prescription Drug Programs
924Ø East Raintree Drive
Scottsdale, AZ  8526Ø

Phone:   (48Ø) 477-1ØØØ
Fax:     (48Ø) 767-1Ø42
E-mail:  ncpdp@ncpdp.org
http:    www.ncpdp.org



| PRICING SEGMENT | | | MANDATORY SEGMENT |
|---|---|---|---|
| **Field** | **Field Name** | **Mandatory or Situational** | **Situation** |
| 426-DQ | USUAL AND CUSTOMARY CHARGE | Q | Predetermination Of Benefits: Required if needed per trading partner agreement. |
| 43Ø-DU | GROSS AMOUNT DUE | R | Predetermination Of Benefits: Required. See Pricing Formula in *Implementation Guide* for fields used in calculation. |
| 423-DN | BASIS OF COST DETERMINATION | Q | Predetermination Of Benefits: Required if needed for receiver claim/encounter adjudication. |
| 113-N3 | MEDICAID PAID AMOUNT | N | Predetermination Of Benefits: Not used. |

**Notes on Pricing Segment on a Predetermination Of Benefit Request:**
The Pricing Segment is mandatory for a Predetermination Of Benefit Request. The Pricing Segment defines the components of the Patient Pay Amount (5Ø5-F5) field for a Predetermination Of Benefit. See section "*Pricing Guidelines*". Fields defined as Mandatory are required to be submitted when the segment is sent.

## *8.3 PREDETERMINATION OF BENEFITS RESPONSE DIAGRAMS AND SEGMENTS*
### 8.3.1 TRANSMISSION ACCEPTED/TRANSACTION BENEFIT
#### *8.3.1.1 DIAGRAM FOR TRANSMISSION OF ONE PREDETERMINATION OF BENEFIT RESPONSE (TRANSMISSION ACCEPTED/TRANSACTION BENEFIT)*

Predetermination Of Benefit transmission response Header Response Status (5Ø1-F1) of "A" (Accepted) and Transaction Response Status (112-AN) of "B" (Benefit)

See section *"Response Processing Guidelines", "Duplicate Transactions"* for the handling of a duplicate transaction.

| **Mandatory** |
|---|
| **Response Header Segment** |
| **Situational** |
| *Segment Separator* <br> **Response Message Segment** <br> *Segment Separator* <br> **Response Insurance Segment** <br> *Segment Separator* <br> **Response Patient Segment** |
| **Mandatory first response** |
| *Group Separator* <br> *Segment Separator* <br> **Response Status Segment** <br> *Segment Separator* <br> **Response Claim Segment** <br> *Segment Separator* <br> **Response Pricing Segment** |
| **Situational** |
| *Segment Separator* <br> **Response DUR/PPS Segment** <br> *Segment Separator* <br> **Response Coordination of Benefits/Other Payers Segment** |

#### *8.3.1.2 DIAGRAM FOR TRANSMISSION OF TWO PREDETERMINATION OF BENEFIT RESPONSES (TRANSMISSION ACCEPTED/TRANSACTION BENEFIT)*

| **Mandatory** |
|---|
| **Response Header Segment** |
| **Situational** |
| *Segment Separator* <br> **Response Message Segment** <br> *Segment Separator* <br> **Response Insurance Segment** <br> *Segment Separator* <br> **Response Patient Segment** |
| **Mandatory first response** |