1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF           )
AMERICA, et al. ex         )
rel., JAMES GARBE,         )
                         )
  Plaintiff-Relator,   )
                         )
 -vs.-              )  No. 3:12-cv-00881
                         )
KMART CORPORATION,     )
                         )
  Defendant.          )

    The deposition of MARK DOERR, called by the Plaintiff-Relator for examination, taken pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Susan Imhoff, CSR of said state, at 4800 Marriott Drive, Hoffman Estates, Illinois, commencing at 8:41 a.m. on the 22nd day of May, 2014.

\* CERTAIN PORTIONS OF THIS TRANSCRIPT ARE DEEMED
  CONFIDENTIAL AS OF 06/27/14.  PLEASE SEE ORIGINAL
  HARD COPY FOR CONFIDENTIAL DESIGNATIONS. \*

184

1    Q.  Okay.  And do PBMs then submit the
2    billing on to another entity?
3    A.  I believe so, yes.
4    Q.  What kinds of entities?
5    A.  They do processing, again, for
6    employers.  I think they do processing for,
7    like, health plans, Aetna.
8         Commercial players I believe do some
9    processing for the government.  Those are the
10   majority of, I think, who they would, you
11   know...
12        (Short interruption.)
13   BY MR. KING:
14   Q.  A moment ago you referred to commercial
15   payers, government payers, and private payers.
16        Are the payers the entities that
17   actually pay money?
18   A.  I believe so.
19   Q.  And those would include insurance
20   companies, right?
21   A.  Yes.
22   Q.  Anything else aside from government
23   payers besides insurance companies would who
24   have paid?

1     A.  Well, ultimately, I think employer

2   groups.  That's who I was talking about.  And

3   then I know on their behalf it would be the

4   insurance companies.

5     Q.  The employer groups purchase insurance

6   for their employees, correct?

7        MS. O'NEIL:  Objection.

8        THE WITNESS:  Insurance groups

9   purchase -- I think -- I felt like the

10  employers purchased the insurance from the

11  payers.

12  BY MR. KING:

13    Q.  If I -- she took it down the way I

14  thought I said it which is the employer groups

15  purchase insurance for their employees, right?

16    A.  Yes, the employer groups do.

17    Q.  All right.  So the employer groups are

18  not payers.

19        The insurance companies they purchase

20  insurance from are payers, right?

21    A.  Well, some of that comes back to the

22  actual employer group, correct.  At least my

23  opinion is that the employer group is

24  responsible for certain parts of the benefit

204

1      customer may have, if there's coverage?

2         A.  Yes.

3         Q.  Payments by a government healthcare

4      plan if there's coverage?

5         A.  Yes.  If there's coverage, yes.

6         Q.  And the amount that the customer pays

7      is the copayment?

8         A.  Yes.

9         Q.  Are you familiar with the term

10     adjudication in the prescription drug industry?

11        A.  Yes.

12        Q.  What is an adjudication?

13        A.  Adjudication is when you transmit the

14     claim to a -- in this case to a PBM.  There's a

15     middleman called a switch.  So you transmit it

16     to the switch.

17            The switch forwards that on to whoever

18     the pharmacy benefit manager is.  The pharmacy

19     manager adjudicates that claim and then sends

20     it back through the switch to us.

21        Q.  Let's take that one step at a time.

22            When you say "the claim," you're

23     referring to what?

24        A.  A prescription that has a benefit

205

1    associated with it.

2       Q.  And how is a claim like that

3    transmitted to a switch?

4       A.  Electronically.

5       Q.  So over telephone wires or something

6    like that, right?

7       A.  Yeah, I'm not specific on the

8    technology, but the analogy seems correct.

9       Q.  And what exactly is a switch?

10      A.  It's a -- I think about it like an

11   operator, smart operator that can take a couple

12   of numbers and point the claim in the right

13   direction to the right PBM.

14      Q.  So the switch is making sure that the

15   claim submitted by a Kmart pharmacy is being

16   submitted to the appropriate pharmacy benefit

17   manager?

18      A.  Based on the information that's

19   provided to them, yes.  Switches perform other

20   services, but that's the primary in

21   adjudication.

22      Q.  Who does a switch take direction from?

23         MS. O'NEIL:  Objection.

24         THE WITNESS:  I think -- and I've never

206

1   worked for a switch.  Switches have commercial
2   agreements with at least the pharmacies and
3   with the PBMs or the -- I'll call it the payers
4   in this instance.  I'm not sure who else they
5   might have arrangements with.
6   BY MR. KING:
7      Q.  So with respect to a Kmart pharmacy,
8   would Kmart provide the direction to the switch
9   as to how to handle Kmart's claims?
10        MS. O'NEIL:  Objection.
11        THE WITNESS:  They would have
12  responsibilities to us through a contract.  So
13  I don't know if it's direction.  They have to
14  handle the claim according to those
15  responsibilities.
16  BY MR. KING:
17     Q.  Okay.  What kinds of responsibilities?
18     A.  You know, it would be everything from
19  security to maintaining any kind of privacy, to
20  making sure they're, you know, transmitting it
21  to the correct PBM; you know, passing back the
22  correct information from the PBM, just kind of
23  standard operating procedures, I guess.
24     Q.  Anything else?

McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

1   A. So in the adjudication world, that's

2   typically what they'll do. They perform other

3   services, things like they call pre-post-status

4   they do. I think they offer some kind of

5   safety checks.

6      So I'm not real familiar with the

7   switches in totality, but there's some other --

8   those kind of services they provide.

9   Q. And there would be a switch between

10  Kmart and the pharmacy benefit manager?

11  A. Yes.

12  Q. And then the pharmacy benefit manager

13  adjudicates the claim?

14  A. That's my understanding, yes.

15  Q. And what does that mean?

16  A. My general sense is that they can look

17  at that and understand the benefit and then

18  provide back the payment information and copay

19  information.

20  Q. Anything else?

21  A. I mean they do -- I'm trying to think

22  if they do anything else. I think that's the

23  general components they do. I'm sure they do

24  some other stuff. I'm just not aware.

McCorkle Litigation Services, Inc.
Chicago, Illinois (312) 263-0052

208

1    Q.  Do you know what a secondary insurance
2  program is?
3    A.  Not specifically.  It sounds like a
4  general term that's used.
5    Q.  What's your general understanding of
6  the term?
7    A.  A secondary insurance would be -- let's
8  say I'm the primary and we bill it to my
9  insurance but my wife has insurance as well
10  that will pick up.  Secondary insurance would
11  pick up any remainder, any of the copay amount
12  as you talked about.
13    Q.  So it's secondary to the primary
14  insurance?
15    A.  I believe so.
16    Q.  Are you familiar with the term cash
17  price as used in the prescription drug
18  industry?
19    A.  I'm familiar with it.
20    Q.  Are you familiar with it as it's used
21  at retail pharmacies?
22    A.  Yes.
23    Q.  What's your understanding of cash
24  price?

209

1    A.  It's going to sound redundant.  I mean,
2    it's the price that a cash payer would pay.
3    Q.  Does that mean literally pays with
4    cash?
5    A.  No.  It's one that -- it's a patient
6    that does not have like an insurance plan.
7    Q.  So the cash price of a drug is the
8    amount paid by a customer who pays the entire
9    cost for a prescription out of his own pocket
10   without any kind of insurance coverage; is that
11   right?
12        MS. O'NEIL:  Objection.
13        THE WITNESS:  Can you repeat that?
14   BY MR. KING:
15   Q.  The cash price of a drug is the amount
16   paid by a customer who pays the entire cost of
17   the prescription out of his own pocket without
18   any kind of insurance coverage?
19        MS. O'NEIL:  Objection.
20        THE WITNESS:  I'm just thinking about
21   the cost.  It would be the cost that they're
22   asked to pay, a component of that.  And that
23   sounds correct.
24