1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS


UNITED STATES OF AMERICA,   :

et al. ex rel., JAMES GARBE :

    Plaintiff-Relator :  CAUSE NO.

    v           : 3:12-cv-00881-MJR-PMF

KMART CORPORATION,     :

    Defendants    :

        * * *

Digital Video Deposition

of Timothy Weber

Friday, May 9, 2014

        * * *

a witness herein, taken on behalf of the

plaintiff-relator in the above-entitled cause of

action pursuant to notice and the Federal Rules

of Civil Procedure by and before Justin Davis,

Professional Court Reporter and Notary Public

within and for the State of West Virginia, taken

at the BB&T Building, 300 Summers Street,

Charleston, West Virginia 25309, commencing at

9:33 a.m.

61

1    Q.      And it sometimes did.

2    A.      Yes.

3    Q.      For instance, sometimes a drug is not

4    covered.

5    A.      Correct.

6    Q.      That would be one basis for rejection

7    of the claim?

8    A.      Correct.

9    Q.      Or the patient doesn't have coverage.

10   A.      Correct.

11   Q.      What is a pharmacy benefit manager?

12   A.      Pharmacy benefit manager is a processor

13   of pharmacy benefits for a third-party insurance

14   plan.

15   Q.      Now, have there been any changes to the

16   process you just described for me, since January 1

17   of 2006?

18              MS. O'NEIL:  Objection.  To

19   the extent you know.  Don't speculate.

20              THE WITNESS:  The only change

21   I know is there was a change in format standard from

22   NCPDP in that time frame.  It went from 5.1 to D.0.

23   BY MR. KING:

24   Q.      Any other changes?

48

1    didn't have a third-party claim to bill to.

2    Q.       Were there any differences in the

3    process depending on the kind of insurance involved?

4                    MS. O'NEIL:  Objection.

5    BY MR. KING:

6    Q.       For instance, were there differences

7    between a private insurance transaction, a Medicare

8    transaction, or a Medicaid transaction?

9    A.       Not to my knowledge, unless you were in

10    a state that required some kind of different

11    paperwork requirements for that.

12    BY MR. KING:

13    Q.       Now, I would like to have you walk me

14    through a typical Kmart prescription drug sales

15    transaction, one step at a time.

16    A.       Okay.

17    Q.       Let's start with a transaction that

18    involves insurance; okay?

19    A.       Okay.

20    Q.       What are the ways in which a

21    prescription would be provided to a Kmart pharmacy?

22                    MS. O'NEIL:  Objection.

23                    THE WITNESS:  Either by

24    phone, fax -- today we would be E-prescribing,

49

1    although at that time my practice would not have

2    been -- or a patient would have dropped off a

3    prescription, or it would have been mailed from the

4    doctor.

5    BY MR. KING:

6        Q.        So the doctor either faxed in, phoned

7    it in, or mailed in?

8        A.        Right.

9        Q.        Or you got it from the patient?

10       A.        Correct.

11       Q.        So now the pharmacy has the customer's

12   prescription, one of those two ways.

13                 What was the first thing the pharmacist

14   would do after receiving a prescription?

15       A.        If the patient were in the store, we

16   would verify the personal information of the

17   patient, including verifying any third-party

18   information.

19       Q.        When you say verifying any third-party

20   information, what do you mean?

21       A.        Asking if they have an insurance plan,

22   if they had a card.

23       Q.        Then what?

24       A.        The next step would be to check the

50

1      patient profile in the system, make sure they were

2      loaded in the system.  If they weren't, add them to

3      the system.  Then you would go on processing the

4      prescription.

5      Q.       When you stay the system, what are you

6      talking about specifically?

7      A.       PDX, which is a pharmacy management

8      system.

9      Q.       PDX is the name of the system?

10     A.       Yes.

11     Q.       What does PDX do?

12     A.       It's a pharmacy management software

13     system.  So it processes the prescription, does DUR

14     checks, bills third parties, prints the receipts and

15     labels.

16     Q.       So it has all the personal information

17     of the customer?

18     A.       Yes.

19     Q.       And it also has the insurance

20     information about the customer?

21     A.       Correct.

22     Q.       Does PDX process drug bills?

23              MS. O'NEIL:  Objection.

24              THE WITNESS:  I don't know

51

1    what you mean by drug bills.

2    BY MR. KING:

3    Q.        Drug costs?

4              MS. O'NEIL:  Objection.

5              THE WITNESS:  Costs are

6    loaded into the system.

7    BY MR. KING:

8    Q.        And does PDX process the transaction?

9    A.        Yes.

10   Q.        So what's the next thing you do after

11   you load the -- strike that.  Let's just recap.

12             You verify personal info and

13   third-party info or insurance information?

14   A.        Uh-huh.

15   Q.        And then you check the patient profile?

16   A.        Correct.

17   Q.        And load it into PDX if the patient is

18   not already in?

19   A.        Correct.

20   Q.        Then what do you do?

21   A.        Then you actually go through the

22   process of filling the prescription, processing the

23   prescription through the pharmacy system.

24   Q.        Tell me step by step how you do that.

52

1      A.        Basically transcribing the prescription

2      into the pharmacy system.  Drug name, directions,

3      quantity, refills, drug, and then processing the DUR

4      check, which takes the prescription and verifies it

5      against the rest of the patient's profile for drug

6      interactions.

7      Q.        So you are putting this information

8      into the PDX system?

9      A.        Correct.

10     Q.        You can continue.

11     A.        So, once the system completes the DUR

12     check, the pharmacist reviews the results, or the

13     technician will review the results.  If there's a

14     flag the pharmacist is required to go -- if it's a

15     hard halt, the pharmacist will have to override a

16     hard halt.  And the label and receipt are printed

17     and the prescription is then counted.

18     Q.        Back up one step.  What was the part

19     that you just said about an override?

20     A.        So, if there is a major drug

21     interaction detected or an allergy interaction

22     detected, the system halts.

23     Q.        Okay.  Got you.  Assuming there is no

24     halt, you print the label.

53

1      A.        Print the label and the receipt, and

2      then the technician or pharmacist, whoever is

3      working at the time, would fill the prescription.

4      Q.        And then what?

5      A.        Once the prescription is filled, the

6      pharmacist performs a final check, and then it is

7      bagged and put in will-call for the customer.  If

8      the customer is waiting, the customer is called back

9      to the counter.

10     Q.        What point in the process that you've

11     just described is insurance coverage for the drug

12     determined?

13                    MS. O'NEIL:  Objection.

14                    THE WITNESS:  The insurance

15     claim is sent during the filling of the

16     prescription, during the processing through PDX.

17     Q.        How is it sent?

18     A.        Electronically.

19     Q.        Through the computer system?

20     A.        Correct.

21     Q.        To whom is it sent?

22     A.        It's sent to the processor assigned to

23     that third-party plan by the third-party client.

24     Q.        And then the processor sends

54

1    information back to the pharmacy?

2    A.      Correct.

3    Q.      What is that information?

4    A.      Typically it's cost information.  It's

5    always cost information, copay information, as well

6    as potentially sometimes you get a DUR that that

7    third party may know about, that you don't know

8    about.

9    Q.      Again that's the drug interaction?

10   A.      Drug interaction.

11   Q.      What is a copay?

12           MS. O'NEIL:  Objection.

13           THE WITNESS:  The copay is

14   the amount of money the patient is responsible for

15   in a third-party claim.

16   BY MR. KING:

17   Q.      That's short for copayment; right?

18   A.      Correct.

19   Q.      So it's the insured customer's portion

20   of the cost?

21           MS. O'NEIL:  Objection.

22           THE WITNESS:  It could be, or

23   it could also be -- copay is anything that is billed

24   to a third-party plan, so in our case even discount

55

1    cards that are 100 percent copay, we would still

2    deem them as copay.

3    BY MR. KING:

4    Q.      We are talking about a drug transaction

5    that involves insurance; right?

6    A.      Right.  A discount card is presented to

7    us in the same way an insurance plan would be, so

8    it's billed the same way.

9    Q.      We'll talk about those kinds of

10    programs later, but right now I would like to talk

11    about an insurance transaction.

12    A.      Okay.

13    Q.      In that context, what is the copay?

14    A.      Copay would be the patient's

15    responsibility.

16    Q.      The amount charged to the patient.

17    A.      Correct.

18    Q.      And there would be a portion that was

19    charged to a third-party payor; correct?

20    A.      Yes.

21    Q.      An insurance company --

22    A.      Yes, typically.

23            MS. O'NEIL:  Objection.

24    BY MR. KING:

56

1    Q.        -- or a government health plan?

2    A.        Typically, yes.

3    Q.        Can you describe for me the insurance

4    information that Kmart keeps on its customers in the

5    PDX system?

6              MS. O'NEIL:  Objection.

7              THE WITNESS:  It would have

8    been the name of the plan, the BIN and PCN, which

9    are the two numbers, or alphanumeric characters,

10   assigned to know what processor to send it to.

11   BY MR. KING:

12   Q.        Let me stop you right there.

13            Can you explain for the jury what a BIN

14   is?

15   A.        A BIN would be a six-digit -- six- or

16   seven-digit number assigned by NCPDP to a processor.

17   Q.        And PCN?

18   A.        PCN is a subset under the BIN that

19   determines what plan within that BIN it goes to.

20   Q.        So, I interrupted you.

21            You can continue.

22   A.        So then the ID number, any group

23   number.  That's basically it.  Patient relationship

24   code.

57

1    Q.        And is that true for both private

2    insurance plans as well as government insurance

3    plans like Medicare and Medicaid or Tricare?

4    A.        Yes.  There is not a significant

5    difference I know about.  On some of the government

6    plans, Medicaid in particular, there are some states

7    require expiration dates but other than that, no.

8    Q.        They are essentially the same?

9    A.        Essentially the same.

10   Q.        With respect to the information that

11   you enter into the PDX system, is there any cost

12   information that a pharmacist enters during a

13   transaction?

14   A.        No.

15   Q.        Those are all generated by the PDX

16   system?

17   A.        Correct.

18   Q.        When you enter information into the PDX

19   system, are you looking at some sort of electronic

20   form on a computer screen?

21   A.        Yes.

22   Q.        Can you tell me which parts of it the

23   pharmacist fills out?

24   A.        Well, it would be either a pharmacist

58

1    or technician, and it's really only one screen.  It

2    just goes, name of the patient, drug, down that

3    list, and there is a patient screen if you need to

4    add the patient, and a patient third party screen if

5    you need to add a third party.  And, of course there

6    are doctor screens as well; doctor's name, doctor

7    address, things like that.

8    Q.      Screens.  Are these fields with --

9    A.      Well, there is different -- there is

10   one screen for prescription processing, there is one

11   screen for nursing -- no, doctors, and then there is

12   a screen for third-party and a screen for patients.

13   Q.      Are there data fields for the price of

14   the drug?

15   A.      There are data fields for it in the

16   drug file.

17   Q.      More than one?

18   A.      I believe there are more than one, yes.

19   Q.      Why is that?  What are they?

20   A.      They would have been AWP --

21   Q.      Which stands for what?

22   A.      Average wholesale price.  Acquisition

23   of cost.  And then there were three other price

24   types that we didn't use at the time, they were just

59

1    defaulted to AWP.

2    Q.       Was there a data field for usual

3    customary price of a drug?

4    A.       No.

5    Q.       Those fields that you just talked to me

6    about, those were automatically filled in by the PDX

7    system?

8    A.       Correct.

9    Q.       In a transaction like this that we're

10    talking about, an insurance-covered drug

11    transaction, who determines the dollar amount of the

12    coverage?

13               MS. O'NEIL:  Objection.

14               THE WITNESS:  The dollar

15    amount of the coverage on which side?

16    BY MR. KING:

17    Q.       The dollar amount of the insurance

18    coverage.

19    A.       The insurance plan would determine what

20    was covered, what was reimbursed, and what the

21    copay would be.

22    Q.       That's part of the electronic

23    communication that's going back between the pharmacy

24    and the processor?

60

1     A.      Correct.

2     Q.      Does the insurance company also

3   determine the dollar amount that the customer is

4   required to pay at the time of sale?

5     A.      Yes.

6     Q.      Again, that's the copayment?

7     A.      Correct.

8     Q.      What is adjudication?

9     A.      It's the process of that handshaking

10   that occurs between the pharmacy system and the

11   processor.

12     Q.      What is entailed in an adjudication?

13     A.      It's basically the pharmacy system

14   sending the claim data to the processor and then the

15   processor's response.

16     Q.      So adjudication is basically a

17   decision.

18                 MS. O'NEIL:  Objection.

19                 THE WITNESS:  Yes, by a

20   computer based on an algorithm.

21   BY MR. KING:

22     Q.      And the processor could reject the

23   claim.

24     A.      Yes.

61

1      Q.      And it sometimes did.

2      A.      Yes.

3      Q.      For instance, sometimes a drug is not

4    covered.

5      A.      Correct.

6      Q.      That would be one basis for rejection

7    of the claim?

8      A.      Correct.

9      Q.      Or the patient doesn't have coverage.

10     A.      Correct.

11     Q.      What is a pharmacy benefit manager?

12     A.      Pharmacy benefit manager is a processor

13   of pharmacy benefits for a third-party insurance

14   plan.

15     Q.      Now, have there been any changes to the

16   process you just described for me, since January 1

17   of 2006?

18              MS. O'NEIL:  Objection.  To

19   the extent you know.  Don't speculate.

20              THE WITNESS:  The only change

21   I know is there was a change in format standard from

22   NCPDP in that time frame.  It went from 5.1 to D.0.

23   BY MR. KING:

24     Q.      Any other changes?

62

1      A.      Not that I can detail or recall, no.

2      Q.      Do you know what the changes in that

3      NCPDP format were?

4      A.      A ton more fields.

5      Q.      Can you give me some examples of

6      pharmacy benefit managers?

7      A.      Express Scripts, Medco.  Those are the

8      biggest right now.

9      Q.      You deal with those at Fruth?

10     A.      Oh yes.  They are 40 percent of the

11     country's business right now.

12     Q.      Okay, now I want to back up.  And I

13     want to walk through a drug transaction that

14     involves a government health care coverage, like

15     Medicare, Medicaid, Tricare.

16     A.      Okay.

17     Q.      Are there any differences in the

18     process that you just described for me if the

19     insurance coverage is a government health care

20     coverage like one of those three?

21     A.      Not really, unless you are in a state

22     that requires a Medicaid card to be collected and

23     cut off or something like that.  The process would

24     be wholly the same.

63

1    Q.        Now, I'd like you to walk me through a

2    drug sale transaction that does not involve any kind

3    of insurance.  No Medicare, no Medicaid --

4    A.        Okay.

5    Q.        -- no private insurance.

6              And just to be clear, I'm asking about

7    a drug sale that involves a self-paying customer who

8    pays the entire cost for the prescription out of his

9    or her own pocket; okay?

10   A.        Okay.

11   Q.        Is there a term for the price charged

12   to the computer for a patient who pays the entire

13   cost for the prescription out of his or her own

14   pocket?

15   A.        Cash price.

16   Q.        What is cash price?

17   A.        Cash price would be the same as UNC, or

18   usual and customary.

19   Q.        So cash price doesn't mean that the

20   customer is literally paying with cash, as opposed

21   to some other method of payment?

22   A.        No.

23   Q.        No, I am correct?

24   A.        You are correct; yes.

64

1     Q.      Customer could be paying with a credit

2     card or a check?

3     A.      Yes, it wouldn't matter.

4     Q.      Cash price simply means the customer is

5     not using any form of insurance to pay for the drug;

6     correct?

7                    MS. O'NEIL:  Objection.

8                    THE WITNESS:  Yes.

9     BY MR. KING:

10    Q.      So for the self-paying cash price

11    transaction, self-paying customer, I want to ask you

12    about a drug that isn't covered by any kind of a

13    discount program.

14    A.      Okay.

15    Q.      The pharmacy receives the customer's

16    prescription.

17                   Talk to me about the differences in the

18    process that you just described, about processing a

19    transaction when we are talking about a self-paying

20    customer who pays the cash price?

21    A.      The only difference in the process

22    would be there is no adjudication that takes place.

23    Q.      That means no information is

24    electronically transmitted to a third party?

65

1    A.        Unless the system -- unless the chain,

2    processing the prescription at the time, is using

3    what is now known as a cash BIN where they transmit

4    to a third-party processor to help with DUR checks

5    and editing of a prescription for auditing purposes.

6    Q.        Can you give me an example of one of

7    those?

8    A.        Usually it's a switch provider.  In

9    this case, Emdeon would have a cash base and we

10   would be able to transmit that prescription to

11   Emdeon, it would return the same cash price but we

12   can put things in there to check for DAW checks and

13   things like that the system could not check for,

14   Emdeon can check for.

15   Q.        So the system is checking for drug

16   interactions?

17   A.        Correct.

18   Q.        It's not making any decision about

19   insurance coverage, because there is no insurance

20   coverage?

21   A.        Correct.

22   Q.        It's not making any decision about

23   price?

24   A.        Well, the pharmacy system calculates

66

1    cash price for every prescription.

2    Q.        Now, you just used a new term, switch

3    provider.

4              Tell me what a switch provider is.

5    A.        A switch provider is a provider that

6    sits between a pharmacy and a third-party client,

7    and actually does the adjudication, the handshaking

8    between the two firms.

9    Q.        That switch provider is also part of

10   the transaction that occurs in an insurance-covered

11   transactions?

12   A.        Yes.

13   Q.        So the switch provider is a step

14   between the pharmacy and the insurance company or

15   whoever it is that may be making a decision about

16   paying, when the transaction is covered by some form

17   of insurance?

18   A.        Correct.

19              MS. O'NEIL:  Objection.

20   BY MR. KING:

21   Q.        And you refer to Emdeon.

22              That's a company that is a switch

23   provider.

24   A.        Correct.

67

1     Q.       Was that the switch provider who

2     handled Kmart pharmacy transactions?

3                     MS. O'NEIL:  Objection.  Time

4     frame.

5                     THE WITNESS:  They were,

6     towards the end of the time frame.  They were -- DRX

7     was the original, and they were bought out by

8     Emdeon.

9     BY MR. KING:

10    Q.       Were there any other switch providers

11    that Kmart used?

12    A.       Not that I remember.

13    Q.       So going back to a transaction that

14    involves a cash price, a self-paying customer.

15                    Other than the differences you've

16    already described, were there any other differences

17    in processing that transaction, from a transaction

18    that involved insurance coverage?

19    A.       No.

20    Q.       Did Kmart offer its customers any kind

21    of prescription drug insurance when you worked

22    there?

23    A.       You have to clarify what you mean by

24    prescription drug insurance.