**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.* *ex rel.* JAMES GARBE, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Cause No. 3:12-cv-00881-NJR-RJD |
| KMART CORPORATION, | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned parties, through their counsel, stipulate and agree to the dismissal with prejudice of the claims based on the Federal Workers' Compensation programs. *See* Doc. 98 at 40-42 (¶¶ 126-131). Each party to bear its own costs. Counsel for the United States has advised relator's undersigned counsel that the Government consents to this dismissal.

Dated: April 21, 2017

/s/ *Aaron M. Zigler*
Aaron M. Zigler
Korein Tillery LLC
505 N. 7th Street, Suite 3600
St. Louis, MO 63101
(314) 241-4844
azigler@koreintillery.com

*Counsel for Relator*

/s/ *Catherine M. O'Neil*
Catherine M. O'Neil
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
(404) 572-4600
coneil@kslaw.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered users.

/s/ *Aaron M. Zigler*
Aaron M. Zigler
Korein Tillery LLC
One U.S. Bank Plaza
505 N. 7th Street, Suite 3600
St. Louis, MO 63101
(314) 241-4844
azigler@koreintillery.com