# Exhibit A

# Expert Report of Dale A. Chamberlain
## President of Gateway Pharmacy Consulting, LLC
*Garbe v. Kmart Corporation*

## Pharmacy Claim Adjudication Process

### Background

To properly understand how the pharmacy claim adjudication process works, the major components of this process must be understood: standardized claim data; patient identification cards; electronic prescribing; and the roles of the prescription plan subscriber, health plan, PBM (Pharmacy Benefit Manager)/processor, patient, pharmacy, prescriber and the switch/intermediary.

**Standardized Claim Data**

Since 1988, pharmacies, health plans, software and telecommunications vendors have used standards developed by the National Council for Prescription Drug Programs (NCPDP). The NCPDP standard has enabled pharmacies to electronically transmit a transaction to a health plan and receive the needed information through a real-time electronic response while the patient was present in the pharmacy. This standard, called the NCPDP Telecommunication Standard Version, would provide real-time point of service (POS) patient eligibility verification, claims submission and claims adjudication with messaging from the health plan. NCPDP Telecommunication Standard Version 5.1 was in effect from October 2003 through December 2011, after which Version D.0 took effect.

The NCPDP standard became a universally accepted electronic data interchange standard for pharmacy claims transmission and adjudication, and has enabled the pharmacy's computer system to become the vehicle for pharmacy e-commerce. The pharmacist can fill the prescription, enter the patient, drug and prescriber data into the pharmacy POS system, and within seconds be informed of:

- Patient and drug coverage eligibility;
- The copayment to be collected from the patient; and
- The contracted amount of the reimbursement to the pharmacy.

This electronic transaction standard is referenced in the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and subsequent regulations, making it a federal requirement for all pharmacies in the United States to comply with the specifications of the standards known as the NCPDP Telecommunication Standard Implementation Guide. The implementation guide defines the data elements and their contents required by health plans to properly adjudicate a pharmacy claim.

Later, the health plan would collect the claims to create a payment and use a HIPAA compliant electronic file. This file is used to assist the pharmacy in reconciling their outstanding receivables, thereby simplifying administrative tasks.

Today, nearly 100% of pharmacy claims are submitted by the pharmacy real-time. Government prescription programs such as Medicare Part D and Medicaid are all submitted by pharmacies real-time using the NCPDP standard. The standard enabled automated checking of duplicative pharmaceutical ingredients dispensed as a means of improving patient safety and detecting fraud and abuse.

**ID Cards**

In the early 1990s, the pharmacy industry saw a large increase in the number of prescription claims processing companies – each with their own proprietary benefit identification card, or pharmacy ID card. With many different formats for these ID cards, pharmacists were having difficulty finding the essential information on the cards needed to submit electronic prescription claims on behalf of their patients. The time and effort spent hunting for information on pharmacy ID cards significantly reduced the pharmacist's time available to provide patient care.

In 1998, NCPDP published its first release of the *Health Care Identification Card - Pharmacy ID Card Implementation Guide*. This guide, although not named in HIPAA regulations, has been adopted by nearly every state in the United States. It defines how the identification card, which is provided to the patient by the health plan, should appear to the pharmacist so that the proper information can be quickly entered into the pharmacy's computer system.

**Electronic Prescribing**

Patients are accustomed to seeing their physician, receiving a small slip of paper with some hard to read notes, presenting it to their pharmacist and getting the medication they assume is what their doctor ordered.

This process is fraught with the potential for error – the wrong medicine, the wrong dose – that could adversely impact the patient's health. Electronic prescribing is a tool that profoundly improves patient care and safety. It is the computer-to-computer transfer of prescription data between pharmacies, physicians, and payers. It eliminates the need for difficult to read paper prescriptions, or the risk of misinterpreting the drug or instructions prescribed when a prescription is called into the pharmacy.

NCPDP developed and published an electronic prescribing standard, called SCRIPT, in 1997.

Electronic prescribing using the SCRIPT Standard supports the transmission of new and changed prescriptions, refill requests and the sharing of a patient's medication history. These tools, coupled with clinical tools resident in the electronic prescribing application, can provide the physician with accurate, current clinical information about the patient, preventing duplicate or contra-indicated prescriptions, as well as increase formulary compliance and prevent incorrect prescriptions from being ordered and/or dispensed.

Expert Report of Dale Chamberlain                                                                                                    Page 2

In 2005, the SCRIPT Standard was named under Title I of the Medicare Prescription Drug, Improvement and Modernization Act of 2003 (MMA). Updated versions of the SCRIPT Standard include enhancements such as drug utilization review (DUR) alerts, drug formulary or plan preferred drug information, notification to a pharmacy of updated or additional resident information, and additional information such as clinical lab values, patient drug profiles, allergy information and prescription transfers.

**Subscriber**

A subscriber is a person who pays for health insurance premiums for themselves or their family, or whose employment makes them eligible for group health insurance benefits. The subscriber typically must complete an enrollment process with a health plan to gain benefits.

**Health Plan**

A health plan is an organization that manages health coverage benefits for individuals or groups, as in group health insurance programs for employers. Health plans often offer multiple programs depending on the type needed, such as medical, pharmacy, dental, mental health, etc. with varying coverage and exclusions, copayment and coinsurance responsibilities, and deductible and out-of-pocket limits. A health plan may employ the services of a PBM to administer the prescription drug portion of the benefit offering. A discounted program is not considered a health plan, but health plan negotiated discounts are typically extended to subscribers who are out of benefit stage, such as a deductible not met.

**PBM/Processor**

Pharmacy Benefit Management companies (PBMs) are primarily responsible for processing and paying prescription drug claims. They also are responsible for developing and maintaining the formulary, contracting with pharmacies, and negotiating discounts and rebates with drug manufacturers. A formulary is generally a list of drugs arranged in tiers ranging from most preferred to least preferred. The copay/coinsurance level goes up with each lesser preferred tier. Formularies are designed to incentivize patients to use the most preferred drug tier since those drugs are deemed most effective with the least cost.

Today, more than 210 million Americans nationwide receive drug benefits administered by PBMs. Fortune 500 employers and public purchasers (Medicare Part D, the Federal Employees Health Benefits Program, and others) provide prescription drug benefits to the vast majority of American workers and retirees. PBMs are typically contracted by major health plans, employers, unions and third-party administrators.

**Patient**

A patient is a person under the care of a health care professional, such as a physician or a pharmacist. A patient may or may not receive benefits from a health insurance program to cover their financial responsibilities for health care services. If the patient is eligible for health care benefits, they will be provided with an identification card used by the health care provider to verify the level of benefit coverage the patient has.

**Prescriber**

A prescriber is a person who is a trained health care provider licensed to legally prescribe medications to a patient. A prescriber is typically a physician and must be licensed by the Drug Enforcement Agency (DEA) to be authorized to prescribe controlled substances such as narcotics.

**Switch/Intermediary**

A switch or intermediary is a company contracted by either a pharmacy or a PBM to provide services to facilitate the transmission of electronic transactions between entities. Typically, pharmacies contract with a switch to maintain data circuits between the pharmacy's central information center and the switch. The switch will also maintain the data circuits between the switch and the PBM/processor. When the pharmacy sends a transaction for a claim from their computer system, it is sent to the switch, which then routes it to the correct PBM based upon the BIN number entered in the claim by the pharmacy. The switch will then routes the response from the PBM to the originating pharmacy through the same path. Switches and intermediaries can also perform certain edits on the data being sent by the pharmacy before forwarding onto the PBM. This is done under special arrangement by the pharmacy and can involve validation edits on certain fields to allow the pharmacy the opportunity to make corrections before passing it onto the PBM for final adjudication.

## The Pharmacy Claim Process

Referring to the following flow diagram (Figure 1), the process starts with the subscriber enrolling into a health plan which provides pharmacy coverage. The subscriber provides information about themselves and their family which, in turn, is used by the health plan to determine eligibility and coverage. If the subscriber is employed where the employer provides group health insurance, this is usually done by the employer sending a data file to the health plan of the enrollees.

Once a subscriber is eligible, the health plan sends a file of enrollees to the PBM under contract to administer the drug benefit. The PBM uses this data to populate its database used in electronic verification of eligibility. Predominantly, the PBM will also issue prescription identification cards to the subscriber to be presented to the pharmacy at the time a prescription is being picked up.



**Figure 1**

When the patient goes to the prescriber for medical services, the prescriber will either write on the traditional prescription pad his prescription orders, showing the medication, strength, dosage instructions along with his authorized signature, or will use an electronic health record computer system to electronically prescribe medication orders directly to the pharmacy. The patient then goes to the pharmacy and presents his or her prescription coverage identification card to the pharmacy staff. The information entered into the pharmacy's computer system from the card is the following:

- Patient identification number;
- Rx BIN (for claim routing to the PBM);
- Rx PCN (for the PBM to use internally for plan routing); and
- Rx Group (sometimes used by the PBM to determine eligibility).

This information, together with the prescribed drug, dispensing quantity, number of times the prescription can be filled, number of days each fill is good for, prescriber identification, pharmacy's calculated ingredient cost (cost of the drug), dispensing fee (cost of labor), usual and customary charge (the cash price charged to a patient with no insurance coverage), as well as other applicable information like coordination of benefits with other health plans, is pulled together and formatted to the NCPDP standard and transmitted to the switch/intermediary.

The switch routes the transaction to the PBM based on the BIN. The claim is received by the processor which performs an eligibility test using the identification number, which in turn links to coverage rules for the plan the patient is under. The drug is validated against those coverage rules for the quantity being dispensed and duration of days. The PBM will subscribe to a drug compendia service, such as First Data Bank, MediSpan or Gold Standard, to provide it information on each drug, such as pricing and clinical data used in drug utilization review (DUR). DUR involves checking the drug being dispensed against other drugs being taken by the patient for potential interactions, allergy or disease state contraindications. Pricing information is also obtained from the compendia sources and used with contract pricing algorithms which comply with the PBM's pricing agreements with the pharmacy.

These pricing algorithms typically use a discounted average wholesale price (AWP) or discounted wholesaler acquisition cost (WAC) along with an agreed upon dispensing fee. AWP and WAC values are obtained through drug compendia sources. The calculated price formula can vary depending if the drug is classified as generic or brand, and can even vary within brand. For drugs where generics are available, the PBM will typically develop a maximum allowable cost (MAC) price which can be updated by the PBM on a routine basis, generally at least quarterly. Most pharmacy contracts also state that the pharmacy must include on every claim submitted their usual and customary price (U&C). U&C is defined by the industry in the HIPAA-adopted NCPDP standard as the "Amount charged cash customers for the prescription exclusive of sales tax or other amounts claimed." NCPDP Data Dictionary (Sept. 1999) at 71.

The PBM/Processor will calculate the amount of reimbursement to the pharmacy by taking the lower of:

- Submitted ingredient cost;
- Contracted ingredient cost (discounted AWP or MAC if applicable);
- Submitted dispensing fee;
- Contracted dispensing fee; or
- U&C price.

Other elements may be used in the "lower of" calculation depending upon the terms of the PBM contract with the pharmacy.

A response to the claim is formatted and transmitted back to the submitting pharmacy. The entire exchange from submission to response takes no more than 2 - 3 seconds.

Once the pharmacy has received the payment response, the pharmacy computer system completes the processing of the prescription order by printing the labels and instructions to the patient, thereby allowing the pharmacist to complete the filling process. The patient arrives at the pharmacy, pays any copayment/coinsurance and/or deductible (if applicable by the plan), and is sent on his or her way with the medication.

The processor/PBM remits the amount of the claim to the pharmacy or pharmacy chain headquarters. In a separate cycle, the claim data is transmitted to the government, either the state for Medicaid or federal (CMS) for Medicare Part D.

## In Conclusion

The method used by the pharmacy industry for submission, adjudication, payment and billing of prescription drug claims has been employed for a quarter of a century, and it is widely understood by all parties which play a role in the process. Furthermore, federal HIPAA law requires the use of the NCPDP standard for anyone wanting to be reimbursed for prescription drug services. The infrastructure (i.e. the pharmacy , switch/intermediary, and processor/PBM) has been in place for decades and it is how the pharmacy bills for prescription services to the government sponsor of the benefit program. This is how the pharmacy bills the government for prescription drug program services.

Since HIPAA requires the use of the NCPDP standard for pharmacy claim submissions, the NCPDP standard and its associated implementation guide must be followed without deviation. This includes the usage of the fields in the NCPDP standard, such as the usual and customary charge, which is strictly defined by the NCPDP. Use of the usual and customary charge field for any other purpose would be considered a violation of the standard and, consequently, a violation of HIPAA.

## Compensation and Qualifications

- I am compensated for my expert services at a rate of $150 per hour. My compensation has no influence on the opinions or testimony I will offer in this matter.

- Attached is my Curriculum Vitae, detailing my education, work experience, and training.

## Reliance Materials

- NCPDP Telecommunication Version 5: Questions, Answers and Editorial Updates (Nov. 2010).

- Cabibbo, Janet, Dale A. Chamberlain, *et al.* "Pharmacy: A Prescription for Improving the Healthcare System." NCPDP Whitepaper (Oct. 1999).

- NCPDP Data Dictionary (Sept. 1999).

## Expert Report of Dale A. Chamberlain

_____  
Dale A. Chamberlain

7/14/2014  
Date