IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES, *et al.*, ) | |
| *ex rel.* JAMES GARBE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 12-CV-881-NJR |
| ) | |
| KMART CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT AND AGREED MOTION FOR DISMISSAL**

Pursuant to the federal False Claims Act (FCA), 31 U.S.C. § 3729, *et seq.*, parallel state FCA statutes, and Fed. R. Civ. P. 41(a)(2), the United States hereby notifies the Court that the United States, the Medicaid Participating States, the California Insurance Commissioner, the Illinois Attorney General, Relator James Garbe acting through his guardian Carl Ireland, and Defendant Kmart Corporation have reached a settlement of the claims against Defendant in the above-captioned case. Subject to Defendant's compliance with the terms of the federal and state settlement agreements executed by the parties, including payments over time to resolve the "Covered Conduct," as the term is defined in the federal and state settlement agreements: (1) the United States agrees to a dismissal with prejudice as to the Covered Conduct released in the federal settlement agreement and without prejudice as to all other claims; (2) the Participating States agree to a dismissal with prejudice as to the Covered Conduct released in the individual state settlement agreements and without prejudice as to all other claims; (3) the California Insurance Commissioner and Illinois Attorney General agree to a dismissal of their claims with

prejudice as set forth in the respective settlement agreements with those jurisdictions; and (4) Relator agrees to a dismissal of all claims in this action with prejudice.

The Medicaid Participating States, the California Insurance Commissioner, the Illinois Attorney General, Relator, and Defendant join the United States in requesting that the Court enter the submitted Proposed Order of dismissal.

        Respectfully submitted,

        CHAD A. READLER
        Acting Assistant Attorney General
        Civil Division

        DONALD S. BOYCE
        United States Attorney

        */s/ Gerald M. Burke*
        GERALD M. BURKE
        Assistant U.S. Attorney
        9 Executive Drive
        Fairview Heights, IL  62208
        (618) 628-3700
        (618) 622-3810 - Fax
        Gerald.Burke@usdoj.gov

        MICHAEL G. GRANSTON
        DANIEL R. ANDERSON
        ALLIE PANG
        Attorneys, Civil Division
        United States Dept. of Justice
        175 N St., N.E., Room 9.105
        Washington, D.C. 20002
        (202) 514-6846
        Allie.Pang@usdoj.gov

        Attorneys for the United States

**Certificate of Service**

I hereby certify that on February 1, 2018, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Southern District of Illinois by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Gerald M. Burke*
GERALD M. BURKE
Assistant U.S. Attorney