IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. ex rel. CARL IRELAND, as guardian of JAMES GARBE and his Estate, <br><br> Plaintiffs, <br><br> vs. <br><br> KMART CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No. 12-CV-881-NJR-RJD ) ) ) ) ) |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated February 1, 2018 (Doc. 506), the claims of the United States are **DISMISSED with prejudice** for the Covered Conduct released in the federal settlement agreement and **without prejudice** as to all other claims, the claims of the Medicaid Participating States are **DISMISSED with prejudice** as to the Covered Conduct released in the state settlement agreements between Defendant and each Medicaid Participating State and **without prejudice** as to all other claims, the claims of the California Insurance Commissioner and Illinois Attorney General are **DISMISSED with prejudice**, and all claims of Relator are **DISMISSED with prejudice**. This action is **DISMISSED in its entirety**.

DATED: February 1, 2018

JUSTINE FLANAGAN, Acting Clerk

By: s/ *Deana Brinkley*
     Deputy Clerk

APPROVED: _____
**NANCY J. ROSENSTENGEL**
**United States District Judge**