IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* <br> *ex rel.* CARL IRELAND, as Administrator of <br> the Estate of JAMES GARBE, <br> <br>     Plaintiffs, <br> <br> vs. <br> <br> KMART CORPORATION, <br> <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:12-cv-00881-NJR-RJD <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION TO AMEND SETTLEMENT TERMS

As the parties have previously advised the Court, they have agreed to an amendment of the terms of the security provisions of the settlement between the United States, Relator, and Kmart Corporation. A copy of the letter agreement amending the settlement is attached hereto as Exhibit 1. The parties jointly request the Court's approval of the amendment.

Respectfully submitted,

**KOREIN TILLERY LLC**

Dated: August 24, 2018

/s/ *Robert L. King*
Robert L. King
505 N. 7th Street, Suite 3600
St. Louis, MO 63101
(314) 241-4844
rking@koreintillery.com

**U.S. DEPARTMENT OF JUSTICE**

/s/ *Allie Pang*
Allie Pang
Civil Division, Fraud Section
175 N Street, N.E., Room 9.105
Washington, DC 20002
(202) 514-6846
Allie.Pang@usdoj.gov

**KING & SPALDING LLP**

/s/ *William F. Johnson*
William F. Johnson
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2125
wjohnson@kslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered users.

**KOREIN TILLERY LLC**

/s/ *Robert L. King*
Robert L. King
505 N. 7th Street, Suite 3600
St. Louis, MO 63101
(314) 241-4844
rking@koreintillery.com